**COPP et al. v. UNITED STATES.**

No. 4341.

Circuit Court of Appeals, First Circuit.

May 4, 1948.

Jackson J. Holtz, of Boston, Mass., for appellants.

William T. McCarthy, U. S. Atty., and Joseph M. Hargedon, Asst. U. S. Atty., both of Boston, Mass., for appellee.

Before MAGRUDER, MAHONEY, and WOODBURY, Circuit Judges.

PER CURIAM.

Upon motion of appellee, it is ordered that this consolidated case be docketed, and it is further ordered that the appeals herein be, and the same hereby are, dismissed for lack of jurisdiction.